589 A.2d 211

**COMMONWEALTH of Pennsylvania**

v.

**James CLARK, Appellant.**

Supreme Court of Pennsylvania.

Argued April 8, 1991.

Decided April 30, 1991.

John W. Packel, Chief, Appeals Div., Jeffrey P. Shender, Asst. Public Defender, for appellant.

Ronald Eisenberg, Chief, Appeals Div., Gaele McLaughlin Barthold, Deputy Dist. Atty., Deborah Fleisher, Asst. Dist. Atty., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

**ORDER**

PER CURIAM:

Order affirmed.